Eastern District of Kentucky
**FILED**

MAR 27 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### PIKEVILLE

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　INDICTMENT NO. 7:25-CR-013-DLB
　　　　　　　　　　　　　　　18 U.S.C. § 875(c)

**RONALD FERGUSON**

* * * * *

**THE GRAND JURY CHARGES:**

On or about February 27, 2025, in Pike County, in the Eastern District of Kentucky, and elsewhere,

**RONALD FERGUSON**

did knowingly transmit in interstate commerce via Facebook, an interstate social media platform, a communication containing a threat to injure the person of another, that is, video of himself publicly posted to Facebook containing a threat to injure and kill Pike County Judge Executive Ray Jones II, all in violation of 18 U.S.C. § 875(c).

**A TRUE BILL**

[signature redacted]

**FOREPERSON**

[signature]
**PAUL C. McCAFFREY**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

Not more than 5 years of imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100.

**PLUS:**   Restitution, if applicable.